## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Rescap Liquidating Trust, | Civil Action No. 14-CV-03946-MJD |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND CADENCE'S DEADLINE TO FILE ANSWER OR OTHER RESPONSE TO AMENDED COMPLAINT** |
| Cadence Bank, N.A., | |
| Defendant. | |

This matter comes before this Court on the parties' stipulation to extend the deadline for Cadence Bank N.A.'s ("Cadence") to file an answer or other response to Rescap Liquidating Trust's ("RLT") Amended Complaint. Based on the files, premises, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The parties' stipulation to extend Cadence's deadline to answer or otherwise respond to the Amended Complaint is **GRANTED.**

2. Cadence shall have until January 23, 2015, to answer or otherwise respond to RLT's Amended Complaint.

BY THE COURT:

Dated: December 24, 2014.

s/ Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge

103909709v1